UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIN GENAO,<br><br>                         Plaintiff,<br><br>        -against-<br><br>SAINT NICOHLAS HOUSING DEVELOPMENT,<br><br>                         Defendant. | 20-CV-2841 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 9, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 5, 2019 order in *Genao v. Saint Pauls Church*, 1:19-CV-2704, 6 (S.D.N.Y. June 5, 2019), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 9, 2020
         New York, New York

                                                COLLEEN McMAHON
                                          Chief United States District Judge